UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIEN HSIN INDUSTRIES CO., LTD., a Taiwanese corporation, and FULL SPEED AHEAD, INC., a Washington Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CANE CREEK CYCLING COMPONENTS, a North Carolina Corporation, and HOMER JOHN RADER, III, an individual,<br><br>Defendants. | C07-1272Z<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant Rader's Motion to Dismiss for Lack of Personal Jurisdiction, docket no. 16, is DENIED. Defendant Cane Creek Cycling Components does business in the state of Washington. Cane Creek holds an exclusive worldwide license in U.S. Patent 5,095,770 pursuant to a License Agreement with Defendant Rader. Rader Decl. ¶ 9, docket no. 17; License Agreement, Ex. 1. The License Agreement contemplates an ongoing relationship between Cane Creek and Defendant Rader. Through his relationship with Cane Creek, which has entered into a business relationship with Plaintiff, Defendant Rader has purposefully availed himself of the privilege of conducting activities within Washington. See Breckenridge Pharmaceutical v. Metabolite, 444 F.3d 1356 (Fed. Cir. 2006).

(2) The Defendant's alternative motion under Civil Rule 19(b) is STRICKEN as MOOT.

(3) The Court sets the following dates for initial disclosure and submission of the Joint Status Report and Discovery Plan:

MINUTE ORDER   1–

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | December 26, 2007 |
| Initial Disclosure Pursuant to FRCP 26(a)(1) | January 8, 2008 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Rule CR 16: | January 8, 2008 |

(4)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Filed and entered this 9th day of November, 2007.

                              BRUCE RIFKIN, Clerk

                              s/ Claudia Hawney
By _____
                              Claudia Hawney
                              Deputy Clerk

MINUTE ORDER   2–